McGREGOR W. SCOTT
United States Attorney
ADRIAN T. KINSELLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FLORENTINO NUNEZ<br><br>Defendant. | 2:19-mj-00162-AC<br><br>STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING DATE<br><br>Judge: Hon. Deborah Barnes |

## STIPULATION

The United States, by and through its undersigned counsel, and the defendants, by and through their counsel of record, hereby stipulate as follows:

1. The defendant was brought into federal custody on September 27, 2019.  He made his initial appearance on September 30, 2019.
2. By prior order, this matter was set for Preliminary Hearing on October 31, 2019.
3. The defendant is presently in custody pending trial in this matter.
4. The defendant understands that pursuant to 18 U.S.C. § 3161(b), "any information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested."  Time may be excluded under the Speedy Trial Act if the Court finds that the ends of

justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The parties jointly move to exclude time within which any indictment or information shall be filed from the date of this order, through and including October 31, 2019, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), because failure to do so would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

5. Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

**IT IS SO STIPULATED.**

DATED: October 10, 2019          /s/ Adrian T. Kinsella
                                 ADRIAN T. KINSELLA
                                 Assistant U.S. Attorney


DATED: October 10, 2019          /s/ Douglas J. Beevers
                                 DOUGLAS J. BEEVERS
                                 Attorney for Florentino Nunez
                                 (as authorized on October 10, 2019)

1
2                                              **ORDER**
3          IT IS SO FOUND AND ORDERED.
4   Dated:  October 11, 2019

                                            _____
                                            DEBORAH BARNES
                                            UNITED STATES MAGISTRATE JUDGE