| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | ADRIAN T. KINSELLA<br>Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | (916) 554-2700 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:19-MJ-00162-AC |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) CONTINUING PRELIMINARY |
| v. | ) HEARING DATE |
| FLORENTINO NUNEZ | ) |
| | ) Judge: Hon. Deborah Barnes |
| Defendant. | ) |

### **STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By prior order, this matter was set for Preliminary Hearing on October 31, 2019.
2. By this Stipulation, the parties now move to continue the Preliminary Hearing until November 13, 2019, at 2:00 p.m.
3. The defendant was brought into federal custody on September 27, 2019. He made his initial appearance on September 30, 2019.
4. The defendant is presently in custody pending trial in this matter.
5. The defendant understands that pursuant to 18 U.S.C. § 3161(b), "any information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested." Time

may be excluded under the Speedy Trial Act if the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The parties jointly move to exclude time within which any indictment or information shall be filed from the September 30, 2019, through and including November 13, 2019, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), because failure to do so would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

6. Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

**IT IS SO STIPULATED.**

DATED: October 25, 2019            /s/ Adrian T. Kinsella
                                   ADRIAN T. KINSELLA
                                   Assistant U.S. Attorney


DATED: October 25, 2019            /s/ Douglas J. Beevers
                                   DOUGLAS J. BEEVERS
                                   Attorney for Florentino Nunez
                                   (as authorized on October 25, 2019)

## ORDER

IT IS SO FOUND AND ORDERED.

Dated: October 25, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE