HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Mia_Crager@fd.org

Attorney for Defendant
FLORENTINO NUNEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:19-cr-00186-JAM |
|---|---|---|
| Plaintiff, | ) ) | **MOTION TO WITHDRAW AS COUNSEL AND ORDER** |
| vs. | ) ) | |
| FLORENTINO NUNEZ | ) ) ) | |
| Defendant. | ) ) | |

  Undersigned counsel hereby respectfully moves to withdraw as counsel for Mr. Florentino Nunez.  In December 2021, the Office of the Federal Defender determined that it has a legal conflict in this case and the office can no longer represent Mr. Nunez because of it.  The Criminal Justice Act ("CJA") Panel Administrator was notified and panel attorney Shari Rusk has agreed to substitute in as counsel.

  Accordingly, pursuant to Local Rule 182(g), the Office of the Federal Defender respectfully moves this Honorable Court to permit it to withdraw as counsel and to order the CJA appointment of Ms. Rusk to represent Mr. Nunez *nunc pro tunc* to December 16, 2021.  Ms. Rusk's full name and address are as follows:

    Shari G. Rusk
    Attorney at Law
    559 Jones Way
    Sacramento, CA 95818
    916-804-8656
    Email: rusklaw@att.net

Dated: December 16, 2021

    HEATHER E. WILLIAMS
    Federal Defender

    */s/ Mia Crager*
    MIA CRAGER
    Assistant Federal Defender
    Attorney for Defendant
    FLORENTINO NUNEZ

I accept the substitution and ask to be appointed.

Dated: December 16, 2021     */s/ Shari Rusk*
    SHARI RUSK
    Attorney at Law

I consent to the substitution.

Dated: December 16, 2021

    */s/ Florentino Nunez*
    FLORENTINO NUNEZ
    (Electronic signature affixed by Mia Crager
    per General Order 616)

## **ORDER**

IT IS SO ORDERED that the Office of the Federal Defender is relieved as counsel and that Shari Rusk is appointed to represent Florentino Nunez, *nunc pro tunc* to December 16, 2021.

DATED: December 20, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE